# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Ricardo Trejo-Martinez

**CRIMINAL COMPLAINT**

Case Number:  2:25-MJ-15-AWH

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about May 20, 2025 in Jackson County, in the Northern District of Georgia, defendant knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, U.S. Department of Homeland Security, Immigration and Customs Enforcement, Deportation Officer M.G., who was then engaged in the performance of his official duties, and in so doing, did commit an act involving physical contact with M.G.,

in violation of Title 18, United States Code, Section 111(a)(1).

I further state that I am a U.S. Department of Homeland Security, Immigration and Customs Enforcement, Deportation Officer and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

_Othello Jones III_
Signature of Complainant
Othello Jones III

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| June 25, 2025 | at | Gainesville, Georgia |
|---|---|---|
| Date | | City and State |

ANNA WHITE HOWARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Cathelynn Tio / 2025R00518 / cathelynn.tio@usdoj.gov

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Othello Jones III, Deportation Officer with Immigration and Customs Enforcement depose and say under penalty of perjury:

### Introduction

1. I am making this affidavit in support of an application for a Criminal Complaint against the following defendant: **Ricardo Trejo-Martinez.**

2. Based on the following facts, I submit that there is probable cause to believe that on or about May 20, 2025, in Jackson County, in the Northern District of Georgia, Ricardo Trejo-Martinez, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, U.S. Department of Homeland Security, Immigration and Customs Enforcement, Deportation Officer M.G. , who was then engaged in the performance of his official duties, and in so doing, did commit an act involving physical contact with Deportation Officer M.G., in violation of Title 18, United States Code, Section 111(a)(1).

3. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation and information supplied to me by other law enforcement officers. In this affidavit, I have set forth facts sufficient to establish probable cause for the Criminal Complaint. This affidavit does not contain every material fact I have learned during the course of this investigation.

### Affiant Background

4. I am currently employed as a Deportation Officer by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been employed in this capacity since September of 2015.

1

Previously, I have been employed by ICE as an Immigration Enforcement Agent, starting in December of 2008. I am currently assigned to the Office of Enforcement and Removal Operations, the Field Office of Enforcement and Removal Operations, Atlanta, Georgia. I am designated by the Attorney General of the United States and the Secretary of Homeland Security to enforce the Immigration Laws and Regulations of the United States and any other laws or regulations designated by the Attorney General.

## Probable Cause

5.  On or about May 20, 2025, Deportation Officer M.G. was conducting surveillance on a residence for A.J.J., the subject of a Warrant for Arrest of Alien, at A.J.J.'s last known address located at 151 Cedar Dr., Commerce, GA 30529. Deportation Officer M.G. observed an individual matching the description of A.J.J. exit the house and enter a red SUV parked in front of the residence.

6.  Deportation Officer M.G. followed the red SUV, activated his blue lights, and performed a vehicle stop on the red SUV on the shoulder of the southbound lane on US 441 south of Highway 59 in Commerce, Jackson County, GA. DEA Special Agent James Williams also activated his blue lights and parked behind Deportation Officer M.G. Deportation Officer M.G. approached the driver's side of the vehicle and identified himself as "Police." The driver's window was rolled down a few inches. Deportation Officer M.G. asked the individual to roll down all his windows. The individual did not comply. Deportation Officer M.G. asked the individual for his identification and the individual stated in English that he needed to call his wife. Deportation Officer M.G. asked the individual for his name in English. The individual did not respond. Deportation Officer M.G. asked the individual for his name in Spanish. The individual did not respond.

7. Deportation Officer M.G. then attempted to open the driver side door of the vehicle to speak and hear the individual. The individual grabbed the door to prevent it from opening. Deportation Officer M.G. opened the door, and the individual reached for the center console. For his safety, Deportation Officer M.G. extracted the individual out of the vehicle. SA Williams assisted.

8. Once out of the vehicle, the individual shoved Deportation Officer M.G. into the roadway where vehicles were passing. Deportation Officer M.G. grabbed the individual and took him to the ground. Deportation Officer M.G. and SA Williams placed the individual in handcuffs and arrested the individual for assaulting a federal officer.

9. Deportation Officer M.G. did a search-incident-to-arrest pat down of the individual and found a Mexico Consular ID card identifying the individual as Ricardo Trejo-Martinez. Deportation Officer M.G. conducted a field interview to establish the subject's identity as Ricardo Trejo-Martinez. It was determined that Ricardo Trejo-Martinez was a citizen of Mexico with no documentation to reside in the United States.

10. On May 20, 2025, M.G. was employed as a Deportation Officer of the U.S. Department of Homeland Security, Immigration and Customs Enforcement, and he performed the vehicle stop on the red SUV to execute a Warrant for Arrest of Alien, which is one of his official duties.

**END OF AFFIDAVIT**