ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL - 1 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO TREJO-MARTINEZ | Criminal Indictment<br><br>No. 2:25-CR-038 |

THE GRAND JURY CHARGES THAT:

On or about May 20, 2025, in the Northern District of Georgia, the defendant, RICARDO TREJO-MARTINEZ, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, U.S. Department of Homeland Security, Immigration and Customs Enforcement, Deportation Officer "M.G.," who was then engaged in the performance of his official duties,

and in so doing, did commit an act involving physical contact with "M.G.," all in violation of Title 18, United States Code, Section 111(a)(1).

A _____ True _____ BILL

_____ *Michelle K. Meyers* _____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*Cathelynn Tio*
CATHELYNN TIO
*Assistant United States Attorney*
Georgia Bar No. 814519

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181