U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
~~U.S.D.C. Atlanta~~

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JUL - 1 2025

Division: Gainesville
(USAO: 2025R00518)

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Fulton

DISTRICT COURT NO.

**2:25-CR-038**

MAGISTRATE CASE NO.

X Indictment
DATE: July 1, 2025

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
RICARDO TREJO-MARTINEZ

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
 Other charges:
 Name of institution: Stewart Detention Center

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Cathelynn Tio
Defense Attorney: